**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Nelson Rene VIVERO–RAMOS,**
**Defendant–Appellant.**

**No. 13–40903**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 2, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Houston, TX, for Defendant–Appellant.

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Nelson Rene Vivero–Ramos has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Vivero–Ramos has not filed a response.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Because any appeal of Vivero–Ramos's sentence is moot, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See United States v. Rosenbaum–Alanis*, 483 F.3d 381, 383 (5th Cir.2007).